## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Salon Phoenix Cosmetology LLC, et al.

Plaintiff,

v.                                        Case No.: 1:22−cv−07162
                                          Honorable Lindsay C. Jenkins

Groupon, Inc.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 9, 2023:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff's motion for preliminary approval of class action settlement [32] is granted. Enter preliminary approval order. Any objections to the settlement agreement should be filed by October 5, 2023. Plaintiff's motion for final approval of the class action settlement, which should include responses to any objections, should be filed by October 12, 2023. The hearing will proceed in−person on November 16, 2023, at 10:00 a.m. in Courtroom 2119. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.