UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SALON PHOENIX COSMETOLOGY LLC and SALON HAIRROIN, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GROUPON, INC.,<br><br>Defendant. | Case No. 1:22-cv-07162<br><br>Hon. Lindsay C. Jenkins |

# PLAINTIFFS' UNOPPOSED MOTION FOR
# FINAL APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that Plaintiffs Salon Phoenix Cosmetology LLC and Salon Hairroin, Inc. (together "Plaintiffs") will move this Court, before the Honorable Lindsay C. Jenkins, Judge of the United States District Court for the Northern District of Illinois, at the United States District Courthouse, located at 219 South Dearborn Street, Chicago, Illinois, 60604, on November 16, 2023, pursuant to Fed. R. Civ. P. 23(e), for an order granting final approval of the above-captioned class action. Specifically, Plaintiffs will request that the Court enter the Order and Final Judgment granting final approval of the Settlement Agreement.

In support of this motion, Plaintiffs rely upon the accompanying Declaration of Raphael Janove, the memorandum of law in support of this motion, and a proposed form of order submitted herewith. In accordance with the terms of the Settlement Agreement, Defendant does not oppose Plaintiffs' motion.

Dated: October 11, 2023

Respectfully Submitted,

By: ___/s/ Raphael Janove___
Raphael Janove
George Krebs
Adam Pollock
**POLLOCK COHEN LLP**
111 Broadway, Suite 1804
New York, NY 10006
(212) 337-5361
Rafi@PollockCohen.com
GKrebs@PollockCohen.com
Adam@PollockCohen.com

*Attorneys for Plaintiffs and the Proposed Classes*


Jacob S. Briskman
2504 N. California Ave
Chicago, IL 60647
(312) 945-6207
Jacob.Briskman@gmail.com

*Local Counsel for Plaintiffs*