# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SALON PHOENIX COSMETOLOGY LLC and SALON HAIRROIN, INC., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>GROUPON, INC.,<br><br>        Defendant. | Case No. 1:22-cv-07162<br><br>Hon. Lindsay C. Jenkins<br><br>**DECLARATION OF RAPHAEL JANOVE IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT** |

I, Raphael Janove, hereby declare as follows:

1. I am an attorney with Pollock Cohen LLP and counsel of record for Plaintiffs in the above-captioned action. I make this declaration in support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement.

2. I have personal knowledge of the matters set forth herein and am competent to testify upon them if called upon to do so.

3. Attached as Exhibit 1 is a true and correct copy of the Parties' Settlement Agreement, executed on July 26, 2023.

4. A proposed Final Approval Order and Judgment is being emailed to the Court.

5. To date, there have been no objectors to the settlement.

6. Groupon has already implemented a disclaimer of affiliation appearing on Business Landing Pages for all Settlement Class Members who do not have a current or prior deal with Groupon.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on October 11, 2023.

*/s/ Raphael Janove*

Raphael Janove