# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Salon Phoenix Cosmetology LLC, et al.

                          Plaintiff,

v.                                                  Case No.: 1:22–cv–07162
                                                      Honorable Lindsay C. Jenkins

Groupon, Inc.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 16, 2023:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Approval hearing held. For the reasons stated in open Court and on the record, Plaintiffs' unopposed motion for approval of class counsel fees, reimbursement of expenses, and service awards [36] is granted. Plaintiffs' unopposed motion for final approval of class action settlement [39] is granted. Enter orders. Civil case closed. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.